# In the United States Court of Federal Claims

No. 04-1280L
(Filed November 8, 2004)

* * * * * * * * * * * * * * * * * * * * *
| | |
|---|---|
| | * |
| **CESAR & LOLITA ARALAR, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The status conference in this case scheduled for November 18, 2004 has been rescheduled for Monday, December 20, 2004 at 10:00 a.m.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge