# In the United States Court of Federal Claims

No. 04-1280L
(Filed December 20, 2004)

* * * * * * * * * * * * * * * * * * * * *
*
**CESAR & LOLITA ARALAR, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 20, 2004, the Court held a status conference by telephone in this case and seven other cases concerning Naval flight activity near NAS Oceana and NALF Fentress. During this conference a test case consisting of fourteen properties, selected by the parties, from various geographical locations near NAS Oceana was discussed, and the following schedule was proposed by the parties and adopted by the Court:

1. Joint Preliminary Status Report. Counsel for parties will submit a Joint Preliminary Status Report on or by Friday, January 7, 2005.

2. Initial Disclosures. The parties shall exchange initial disclosures pursuant to Rule 26 on or by Tuesday, February 15, 2005.

3. Written Discovery. Written Discovery shall be served on parties on or by Monday, February 21, 2005.

4. Preliminary Witness Lists. The parties shall exchange preliminary fact and expert witness lists on or by Monday, March 14, 2005.

5. Expert Witness Reports. The parties shall exchange expert witness reports on or by Monday, May 16, 2005.

6. Conclusion of Written Discovery. The parties shall conclude all written discovery on or by Wednesday, June 1, 2005.

7. Fact Witness Depositions. The parties shall conclude the depositions of all fact witnesses on or by Wednesday, June 15, 2005.

8. Final Witness Lists. The parties shall exchange final expert and fact witness lists on or by Thursday, July 7, 2005.

9. Expert Witness Depositions. The parties shall conclude the depositions of all expert witnesses on or by Monday, August 15, 2005.

10. Dispositive Motions. The parties shall file any dispositive motions on or by Friday, September 30, 2005.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge